**KACHELMACHER IN RE ESTATE OF**

Ohio Appeals, 4th Dist, Hocking Co

Decided May 6, 1931

For full opinion 178 NE 314; 40 Oh Ap 282.